**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00118-CDS-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| SCOTT BYARS, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 3, 2026 at the hour of 4:00 p.m., be vacated and continued to __June 8, 2026__ at the hour of __4__:__00__ p.m.

DATED this __2nd__ day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3