# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SCOTT BYARS,

        Defendant.

Case No. 2:23-cr-00118-CDS-DJA

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 8, 2026 at the hour of 4:00 p.m., be vacated and continued to  August 10, 2026  at the hour of  3:00  p .m.

DATED this  8th  day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3