**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SCOTT BYARS,<br>Defendant. | Case No. 2:23-cr-00118-CDS-DJA<br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 10, 2026 at the hour of 3:00 p.m., be vacated and continued to October 13, 2026 at the hour of 2 : 00 p .m.

DATED this 7th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE